1   KAMALA D. HARRIS
    Attorney General of California
2   JOHN P. DEVINE
    Supervising Deputy Attorney General
3   GRAYSON W. (TREY)  MARSHALL, III
    Deputy Attorney General
4   State Bar No. 280409
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone:  (415) 703-1604
6     Fax:  (415) 703-5480
      E-mail:  Grayson.Marshall@doj.ca.gov
7   *Attorneys for Defendants State of California, CDCR,*
    *CCHCS, Governor Edmund G. Brown, P.D.*
8   *Brazelton and James Hartley*

9

                IN THE UNITED STATES DISTRICT COURT
10
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13

14   **MELVIN WISHUM and CHRYSTAL**          No. C 14-cv-01491 JST
     **TYLER,**
15                                            **[PROPOSED] ORDER GRANTING**
                                Plaintiffs,   **STIPULATED ADMINISTRATIVE**
16                                            **MOTION TO CONTINUE INITIAL CASE**
          v.                                  **MANAGEMENT CONFERENCE**
17

18   **STATE OF CALIFORNIA and EDMUND**
     **G. BROWN, Jr., et al.,**
19
                                Defendants.
20

21

22

23

24

25

26

27

28

                                    1

1
2
3
4

The Court, having considered the parties' Stipulated Motion for Administrative Relief, Pursuant to Civil Local Rules 7-11 and 16-2(d), for Continuance of Case Management Conference, hereby orders as follows:

**IT IS HEREBY ORDERED** that the Motion is GRANTED. The Case Management Conference currently set for July 9, 2014 at 2:00 p.m. is continued until September 24, 2014, at 2:00 p.m.

Dated:  June 20, 2014

5
6
7
8
9
10
11
12

Honorable _____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Jon S. Tigar

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28