1  KAMALA D. HARRIS
   Attorney General of California
2  JOHN P. DEVINE
   Supervising Deputy Attorney General
3  GRAYSON W. (TREY) MARSHALL, III
   Deputy Attorney General
4  State Bar No. 280409
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-1604
6    Fax:  (415) 703-5480
     E-mail:  Grayson.Marshall@doj.ca.gov
7  *Attorneys for Defendant Governor Edmund G. Brown*

9              IN THE UNITED STATES DISTRICT COURT
10            FOR THE NORTHERN DISTRICT OF CALIFORNIA
11                   SAN FRANCISCO DIVISION

| | |
|---|---|
| MELVIN WISHUM and CHRYSTAL TYLER,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, Jr., et al.,<br><br>Defendants. | No. C 14-cv-01491 JST<br><br>[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |

1     The Court, having considered the parties' Stipulated Motion for Administrative Relief, Pursuant to Civil Local Rules 7-11 and 16-2(d), for Continuance of Case Management Conference, hereby orders as follows:

    **IT IS HEREBY ORDERED** that the Motion is GRANTED. The Case Management Conference currently set for September 24, 2014 at 2:00 p.m. is continued until \_\_\_November 19\_\_\_, 2014, at \_\_2:00 p.m.\_\_

Dated: \_\_September 5, 2014\_\_

IT IS SO ORDERED

Judge Jon S. Tigar

United States District Court, Northern District of California