1  KAMALA D. HARRIS
   Attorney General of California
2  JOHN P. DEVINE
   Supervising Deputy Attorney General
3  GRAYSON W. (TREY) MARSHALL, III
   Deputy Attorney General
4  State Bar No. 280409
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA 94102-7004
     Telephone: (415) 703-1604
6    Fax: (415) 703-5480
     E-mail: Grayson.Marshall@doj.ca.gov
7  *Attorneys for Defendant Governor Edmund G. Brown*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MELVIN WISHUM and CHRYSTAL TYLER,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, Jr., et al.,**<br><br>Defendants. | No. C 14-cv-01491 JST<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1

1  The Court, having considered the parties' Stipulated Motion for Administrative Relief,
2  Pursuant to Civil Local Rules 7-11 and 16-2(d), for Continuance of Case Management Conference,
3  hereby orders as follows:
4  **IT IS HEREBY ORDERED** that the Motion is GRANTED. The Case Management
5  Conference currently set for November 19, 2014 at 2:00 p.m. is continued until December 17, 2014 at
6  2:00 p.m..
7  Dated:  November 3, 2014
8  Honorable
   IT IS SO ORDERED
   Judge Jon S. Tigar

2

[Proposed] Order Granting Administrative Motion to Continue CMC  (No. C 14-cv-01491 JST)