KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
GRAYSON W. (TREY) MARSHALL, III
Deputy Attorney General
State Bar No. 280409
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 703-1604
 Fax: (415) 703-5480
 E-mail: Grayson.Marshall@doj.ca.gov
*Attorneys for Defendant Matthew Cate*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MELVIN WISHUM and CHRYSTAL TYLER,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, Jr., et al.,**<br><br>Defendants. | No. C 14-cv-01491 JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1

The Court, having considered the parties' Stipulated Motion for Administrative Relief, Pursuant to Civil Local Rules 7-11 and 16-2(d), for Continuance of Case Management Conference, hereby orders as follows:

**IT IS HEREBY ORDERED** that the Motion is GRANTED. The Case Management Conference currently set for January 28, 2015 at 2:00 p.m. is continued until March 25, 2015, at 2:00 p.m.

Dated: January 16, 2015

_____
Honorable Jon S. Tigar
United States District Judge

2

[~~Proposed~~] Order Granting Administrative Motion to Continue CMC  (No. C 14-cv-01491 JST)