1  KAMALA D. HARRIS
   Attorney General of California
2  JOHN P. DEVINE
   Supervising Deputy Attorney General
3  GRAYSON W. (TREY) MARSHALL, III
   Deputy Attorney General
4  State Bar No. 280409
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-1604
6   Fax:  (415) 703-5480
    E-mail:  Grayson.Marshall@doj.ca.gov
7  *Attorneys for Defendant Matthew Cate*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MELVIN WISHUM and CHRYSTAL TYLER,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, Jr., et al.,**<br><br>Defendants. | No. C 14-cv-01491 WHO<br><br>**ORDER GRANTING STIPULATED ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |

1

1
2  The Court, having considered the parties' Stipulated Motion for Administrative Relief,
3  Pursuant to Civil Local Rules 7-11 and 16-2(d), for Continuance of Case Management Conference,
4  hereby orders as follows:
5  **IT IS HEREBY ORDERED** that the Motion is GRANTED. The Case Management
6  Conference currently set for April 1, 2015 at 2:00 p.m. is continued until May 5, 2015 at 2:00 p.m.
7  Dated:  March 18, 2015   _____
8  Honorable William H. Orrick
   United States District Judge